IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE MAE STUART,

    Plaintiff,

v.                                            CASE NO. 4:10-cv-96-SPM-GRJ

CARBONELLY, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on the return of an unexecuted summons from the United States Marshal.  (Doc. 35.)  One of the Defendants in the Second Amended Complaint is identified only as "Officer Hattan." (Doc. 20.)  The United States Marshal has informed the Court that he could not serve Officer Hattan because there are two correctional officers currently employed by the Florida Department of Corrections with the last name of Hattan.  The United States Marshal has also informed the Court that he needs the Defendant's first name in order to serve the correct Officer Hattan.

Accordingly, it is hereby **ORDERED** that Plaintiff shall provide the Court with the first name of Defendant Officer Hattan by **June 3, 2011** so that the Court may issue a summons for the correct Officer Hattan.

**DONE AND ORDERED** this 19th day of May, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge