IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE MAE STUART,

    Plaintiff,

v.        CASE NO. 4:10-cv-96-SPM -GRJ

OFFICER HATTAN and
Dr. CARBONELLE,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 38, Defendant's Motion For Extension of Time to File Answer. Defendants request an additional 45 days to file their answers because the Defendants presently have pending requests for representation to the United States Department of Justice. Upon due consideration, it is **ORDERED:**

1. Defendants' Motion, Doc. 38, is **GRANTED.** Defendants shall file their responses to Plaintiff's Second Amended Complaint **on or before July 11, 2011.**

**DONE AND ORDERED** this 27th day of May 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge